```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————
```

A2 REALTY GROUP LLC,                              19cv9901 (JGK)

        Plaintiff,                       <u>ORDER</u>

    - against -

WONDERAMA HOLDINGS, LLC,

        Defendant.

```
————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

    The conference on May 11, 2020 is canceled.

    Any opposition to the Order to Show Cause for a default judgment should be served by the defendant on the plaintiff and filed with the Court by May 15, 2020. Any reply may be filed and served by May 19, 2020. The Order to Show Cause is returnable on May 21, 2020. No appearance is necessary. The plaintiff shall serve a copy of this order on the defendant by May 11, 2020 by Certified Mail and file proof of service by May 13, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **May 6, 2020**                  <u>/s/ John G. Koeltl</u>
                                                      **John G. Koeltl**
                                       **United States District Judge**