```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

A2 REALTY GROUP LLC,

               Plaintiff,              19cv9901 (JGK)

    - against -                ORDER

WONDERAMA HOLDINGS LLC,

               Defendant.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

The docket reflects that the plaintiff is entitled to a default judgment because the Clerk has entered a certificate of default and the defendant has failed to respond to the Order to Show Cause why a default judgment should not be entered. The matter is referred to the Magistrate Judge for an inquest on damages. The Magistrate Judge should also ensure that there is subject matter jurisdiction in view of the fact that there is an LLC on the plaintiff's side and the defense side without an explanation of the citizenship of the members of the respective LLCs. The plaintiff is directed to serve a copy of this Order on the defendant and file proof of service on the docket.

**SO ORDERED.**

Dated:    New York, New York
            June 2, 2020                /s/ John G. Koeltl
                                                John G. Koeltl
                                    **United States District Judge**